IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>TEA DATING ADVICE, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No. 1:25-cv-06285-KPF |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that Plaintiff Jane Doe, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the Complaint against Defendant Tea Dating Advice, Inc., without prejudice.

Dated: August 1, 2025　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Alec M. Leslie

　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**
　　　　　　　　　　　　　　　　　　　　　Alec M. Leslie
　　　　　　　　　　　　　　　　　　　　　1330 Avenue of the Americas, 32nd Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　Tel: (646) 837-7150
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 989-9163
　　　　　　　　　　　　　　　　　　　　　Email: aleslie@bursor.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*