IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>TEA DATING ADVICE, INC.,<br><br>        Defendant. | Case No. 1:25-cv-06285-KPF<br><br> |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff Jane Doe, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the Complaint against Defendant Tea Dating Advice, Inc., without prejudice.

Dated: August 1, 2025

                  Respectfully Submitted,

                  _____
                  Alec M. Leslie

                  **BURSOR & FISHER, P.A.**
                  Alec M. Leslie
                  1330 Avenue of the Americas, 32nd Floor
                  New York, NY 10019
                  Tel: (646) 837-7150
                  Fax: (212) 989-9163
                  Email: aleslie@bursor.com

                  *Attorney for Plaintiff*

Dated: August 4, 2025  
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE